TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> FACONNABLE USA CORPORATION, <br><br> Defendants. | Case No. C 09-03638 RMW <br><br> **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER** <br><br> CMC Date: January 22, 2010 <br> CMC Time: 10:30 a.m. |

Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the Initial Case Management Conference currently scheduled for January 22, 2010, be continued for six weeks or until March 5, 2010, at 10:30 a.m.

LS&CO. has been engaged in active settlement discussions with defendant Faconnable USA Corporation since the complaint was filed, and expects that the matter will be resolved amicably and the case dismissed promptly. Under these circumstances, LS&CO. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed. Accordingly, LS&CO. respectfully requests that the Initial Case

///

///

Management Conference currently set for January 22, 2010, be continued six weeks, or until March 5, 2010, at 10:30 a.m.

Respectfully submitted,

Date: January 14, 2010  TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gia L. Cincone
    GIA L. CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss & Co.'s request to continue the Initial Case Management Conference is granted. The Initial Case Management Conference is hereby scheduled for March 5, 2010, at 10:30 a.m.

DATED: January 15, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

62403479 v1